IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-00231 |
| v. ) | |
| ) | 42 U.S.C. § 1320a-7b (a)(1) and (2), |
| EDWARD "Eddie" D. HAMILTON, M.D. ) | and (a)(ii). |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal the Information in this case. It is hereby ordered that:

The Motion is granted and the Information is ordered sealed, pending further order of the Court, except that a copy of the Information: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; and (b) may be provided by the United States to the defendants or the defendants' counsel.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Information the Clerk shall provide to the USMS, to serve them only on counsel for the United States.

Dated: November 15, 2013

_John Bryant, USMJ_