# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00231 |
| | ) | Judge Trauger |
| EDWARD D. HAMILTON, a/k/a Eddie Hamilton | ) | |

## O R D E R

The court is in receipt of a letter from Leslie Douglas-Churchwell, M.D. dated February 13, 2014.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

It is so **ORDERED.**

Enter this 14th day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge