## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00231 |
| | ) | Judge Trauger |
| EDWARD D. HAMILTON | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the Judgment entered on February 21, 2014 (Docket No. 37) is **AMENDED** by waiving the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of substance abuse.

It is so **ORDERED**.

ENTER this 21st day of February 2014

_____
ALETA A. TRAUGER
U.S. District Judge